AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Federal Trade Commission
    Plaintiff(s)

vs.

CCC Holdings Inc. et. al.
    Defendant(s)

**APPEARANCE**

CASE NUMBER 1:08-CV-02043-RMC

To the Clerk of this court and all parties of record:

Please enter the appearance of __ABIGAIL SLATER__ as counsel in this
            (Attorney's Name)

case for: __Federal Trade Commission__
      (Name of party or parties)

12/15/08
Date

New York 64005 7
BAR IDENTIFICATION

*/s/ Abigail Slater*
Signature

ABIGAIL SLATER
Print Name

215 A Street NE
Address

Washington DC 20002
City     State     Zip Code

(202) 326 3473
Phone Number